AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Elizabeth E. Belin and Christopher Mitchell, individually and on behalf of all others similarly situated, <br><br>*Plaintiff(s)* <br><br>v. <br><br>Health Insurance Innovations, Inc. and Health Plan Intermediaries Holdings, LLC, <br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  0:19-cv-61430-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Health Insurance Innovations, Inc.
Registered Agent - Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Kellogg, Esq.
Levine Kellogg Lehman Schneider + Grossman LLP
Citigroup Center - 22nd Floor
Miami, Florida 33131
Telephone: 305-403-8788


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 7, 2019

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ P. Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Elizabeth E. Belin and Christopher Mitchell, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Health Insurance Innovations, Inc. and Health Plan Intermediaries Holdings, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  0:19-cv-61430-FAM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Health Plan Intermediaries Holdings, LLC
Registered Agent - Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Kellogg, Esq.
Levine Kellogg Lehman Schneider + Grossman LLP
Citigroup Center - 22nd Floor
Miami, Florida 33131
Telephone: 305-403-8788


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 7, 2019

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts