UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 19-61430-CIV-MORENO**

ELIZABETH E. BELIN and CHRISTOPHER
MITCHELL,

         Plaintiffs,

vs.

HEALTH INSURANCE INNOVATIONS,
INC., and HEALTH PLAN
INTERMEDIARIES HOLDINGS, LLC,

         Defendants.

_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

The Court has noted the proof of service on Defendants Health Insurance Innovations,

Inc. and Health Plan Intermediaries Holdings, LLC  **(D.E. 13, 14)**, filed on **July 9, 2019**.  It

appears that Defendants Health Insurance Innovations, Inc. and Health Plan Intermediaries

Holdings, LLC  have failed to answer or otherwise respond to the Summons and Complaint.

Therefore it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendants Health

Insurance Innovations, Inc. and Health Plan Intermediaries Holdings, LLC  pursuant to Rule

55(a) of the Federal Rules of Civil Procedure.  Upon entry of default, Plaintiffs may file a motion

for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 of July 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE