UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT LAUDERDALE DIVISION)

CASE NO. 0:19-cv-61430- MORENO/Seltzer

ELIZABETH E. BELIN, *et al.*,

    Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC.,
*et al.*,

    Defendants.

_____/

**NOTICE OF FILING AMENDED COMPLAINT PENDING JOINT MOTION TO CORRECT DIRECTING CLERK TO ENTER DEFAULT(S) AND VACATE CLERK'S DEFAULT**

Plaintiffs, Elizabeth Belin and Christopher Mitchell, individually and on behalf of those similarly situated, notify the Court of the filing of their Amended Complaint [D.E. 18]. Plaintiffs file the Amended Complaint in an abundance of caution and to comply with this Court's Order dated July 1, 2019 [D.E. 12], which gave Plaintiffs until July 17, 2019 to amend their original complaint. Subsequent to that Order, the Clerk entered a default that the parties have jointly moved to vacate through a pending motion filed on July 15, 2017. [D.E. 17].

Dated: June 17, 2019.                                                          Respectfully submitted,

| | |
|---|---|
| LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP | THE DOSS FIRM, LLC |
| By: /s/Jason Kellogg | By: /s/Jason Doss |
|     Jeffrey C. Schneider, P.A. |     Jason R. Doss |
|     Florida Bar No. 933244 |     Florida Bar No. 0569496 |
|     Primary email: jcs@lklsg.com |     Primary email: jasondoss@dossfirm.com |
|     Secondary email: mt@lklsg.com |     The Brumby Building |
|     Jason K. Kellogg, P.A. |     127 Church Street, Suite 220 |
|     Florida Bar No. 0578401 |     Marietta, Georgia 30060 |
|     Primary email: jk@lklsg.com |     Telephone: (770) 578-1314 |
|     Secondary email: mco@lklsg.com |     Facsimile: (770) 578-1302 |
|     Alexander Strassman, Esq. | |
|     Florida Bar No. 111788 | |

CASE NO. 0:19-cv-61430- MORENO/Seltzer

Primary email: ags@lklsg.com
Secondary email: ah@lklsg.com
Tal Aburos, Esq.
Florida Bar No. 1010901
Primary email: ta@lklsg.com
201 South Biscayne Boulevard
Citigroup Center, 22nd Floor
Miami, Florida  33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 17th day of July, 2019, which will generate notification to all known counsel of record or pro se parties.

By:_____
Jason Kellogg, Esq.