AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Elizabeth E. Belin, Christopher Mitchell, Kevin Furman, Mitchell Kirby, Gabrielle Watson and Kathryn Svenson, individually and on behalf of all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> Health Insurance Innovations, Inc., Health Plan Intermediaries Holdings, LLC, and Michael Kosloske, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19cv-61430-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Kosloske
16221 Villareal De Avila
Tampa, Florida 33613

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Kellogg, Esq.
Levine Kellogg Lehman Schneider + Grossman LLP
Citigroup Center - 22nd Floor
Miami, Florida 33131
Telephone: 305-403-8788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 22, 2019

Angela E. Noble
Clerk of Court

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts