UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 19-61430-CIV-MORENO**

ELIZABETH E. BELIN and CHRISTOPHER MITCHELL,

        Plaintiffs,

vs.

HEALTH INSURANCE INNOVATIONS, INC., and HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DEFER CASE MANAGEMENT CONFERENCE AND ENTRY OF A SCHEDULING ORDER AND FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING THE RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendants' Motion to Defer Case Management Conference and Entry of a Scheduling Order, and for Protective Order Staying Discovery Pending the Resolution of Defendants' Motion to Dismiss **(D.E. 24)**, filed on **August 9, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ____9____ of September 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record