UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61430- MORENO/Seltzer

ELIZABETH E. BELIN, *et al.*,

      Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC.,
*et al.*,
      Defendants.

_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY**

      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and S.D. L.R. 7.1, Defendants Health Plan Intermediaries Holdings, LLC ("HPIH"), Health Insurance Innovations, Inc. ("HII"), and Michael Kosloske ("Kosloske") (collectively, "Defendants") respectfully submit this Motion for Extension of Time to respond to Plaintiffs' Elizabeth Belin, Christopher Mitchell, Mitchell Kirby, Kathryn Svenson, Gabrielle Watson, and Kevin Furman (collectively, "Plaintiffs") First Request for Production to HPIH, First Request for Production to HII, First Request for Production to Kosloske, First Set of Interrogatories to HPIH, and First Set of Interrogatories to HII, and in support thereof states as follows:

      1.      This is an action for alleged violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO), conspiracy to commit RICO, and common law claims for aiding and abetting and unjust enrichment.

      2.      On October 6, 2019, Plaintiffs served their First Requests for Production to HPIH, First Request for Production to HII, First Request for Production to Kosloske, First Set of

Interrogatories to HPIH, and First Set of Interrogatories to HII (collectively, "Discovery Requests").

3. Defendants and their counsel have diligently reviewed the Discovery Requests, have begun to prepare appropriate responses and objections, and have begun to accumulate documents and records sought to be responsive to the Discovery Requests.

4. The Discovery Requests are quite extensive. The First Request for Production to HPIH includes 89 separate requests. The First Request for Production to HII includes 89 separate requests. The First Request for Production to Kosloske includes 17 separate requests. The First Set of Interrogatories to HPIH and HII include 25 separate interrogatories, respectively.

5. Since the Discovery Requests were propounded, Defendants' counsel has faced numerous filing deadlines in federal courts throughout the country, including this matter.

6. Furthermore, HPIH and HII are involved in the health insurance industry. Open enrollment runs from November 1, 2019 to December 15, 2019. This is the busiest time of the year for HPIH and HII. Currently, staffing is limited.

7. As a result, Defendants need additional time to review the Discovery Requests to formulate proper responses.

8. No prejudice shall inure to Plaintiffs. Currently, there is no deadline to complete discovery.

9. The extension sought herein is not intended for purposes of delay and will not cause prejudice to the Court or Plaintiffs.

10. Defendants request a reasonable extension of time through December 6, 2019 to respond to the Discovery Requests.

CASE NO. 19-cv-61430- FAM

WHEREFORE, Defendants, Health Plan Intermediaries Holdings, LLC, Health Insurance Innovations, Inc., and Michael Kosloske, respectfully request entry of an Order extending the time within which they may respond to Plaintiffs' First Request for Production to HPIH, First Request for Production to HII, First Request for Production to Kosloske, First Set of Interrogatories to HPIH, and First Set of Interrogatories to HII, up to and including December 6, 2019.

## CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that, in accordance with S.D. Fla. Local Rule 7.1(a)(3), the undersigned counsel for the movant has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to so do. The follow steps were taken to try and resolve the issues.

On October 31, 2019, Defendants' counsel Dariel Abrahamy sent an email to Plaintiffs' counsel requesting an extension. On November 1, 2019, Defendants' counsel Dariel Abrahamy spoke on the phone with Plaintiffs' counsel Jason Kellogg about the extension request. Counsel then exchanged emails dated November 1, 2019 and November 5, 2019. While the parties were close to resolving the issues, they were unable to reach an agreement.

Dated: November 6, 2019.

By: s/ Dariel Abrahamy
Garry W. O'Donnell, Esq.
Florida Bar No. 0478148
Email: garry.odonnell@gmlaw.com
Dariel J. Abrahamy, Esq.
Florida Bar No. 0014901
Email: dariel.abrahamy@gmlaw.com
GREENSPOON MARDER LLP
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (561) 994-2212
Facsimile: (561) 807-7527
*Attorneys for Defendants,
Health Insurance Innovations, Inc., Health Plan
Intermediaries Holdings, LLC, and Michael Kosloske*

CASE NO. 19-cv-61430- FAM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system on this 6th day of November, 2019, which will generate notification to all known counsel of record or pro se parties.

By: s/ Dariel Abrahamy
Dariel Abrahamy