UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 19-61430-CIV-MORENO

ELIZABETH E. BELIN and CHRISTOPHER MITCHELL,

        Plaintiffs,

vs.

HEALTH INSURANCE INNOVATIONS, INC., and HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS

THE MATTER was referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion to Dismiss, filed on **August 19, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 39)** on **October 22, 2019**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Barry S. Seltzer's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motion to Dismiss is GRANTED in part and DENIED in part for the reasons stated in the Report and Recommendation. The Court agrees with Magistrate Judge Seltzer that to the extent Plaintiffs incorporate by reference all allegations into every count, the complaint is an impermissible shotgun pleading. Consistent with the Report and

Recommendation, the Court dismisses Count VI, the unjust enrichment claim, as to Defendant Health Insurance Innovations, Inc. (HIIQ).  In all other respects, the motion to dismiss is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of December 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Barry S. Seltzer

Counsel of Record