# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Raag Singhal**

| | |
|---|---|
| SOHO Ocean Resort TRS LLC v. Rutois, | No. 19-61335 |
| Belin v. Health Insurance Innovations, Inc., | No. 19-61430 |
| Satz v. Educational Credit Management Corp., | No. 19-62230 |
| Fromer v. Hartford Ins. Co. of the Midwest, | No. 19-62271 |
| Koran v. Dollar Tree Stores, | No. 19-62346 |
| Sonohm Licensing, LLC v. GNJ Manufacturing, Inc., | No. 19-62367 |
| Edinburg v. Target Corp., | No. 19-62870 |
| Rios v. The Law Offices of Mitchell D. Bluhm & Assoc., | No. 19-62061 |
| Rapid Auto Loans v. Ideal Corporate Funding, Inc., | No. 19-62475 |
| Rodriguez v. Kiernan, | No. 19-62128 |
| United States v. Cerejo, | No. 19-62268 |
| Barberi v. Public Storage, | No. 19-62172 |
| Johnson v. Miami Beach, | No. 18-23925 |
| Mentone Solutions, LLC v. BLU Products, Inc., | No. 19-24453 |
| Molina v. Provident Life & Accident Insurance Co., | No. 18-24413 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Raaj Singhal.**

Prior to executing this Order, the undersigned has reviewed the files and in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04), it is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Raaj Singhal** as of _January 6, 2020_ for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by

the initials **AHS** in lieu of the present initials.

DONE and ORDERED at _Miami_, Florida, in chambers this _6th_ day of _January_, 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties