UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61430-SINGHAL/Valle

ELIZABETH E. BELIN, *et al.*,

    Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC.,
*et al.*,

    Defendants.
_____/

## NON-PARTY DONISI JAX, INC. d/b/a NATIONWIDE HEALTH'S MOTION TO ADJOURN AND RESET HEARING CONCERNING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Non-party Donisi Jax, Inc. d/b/a Nationwide Health ("Donisi"), hereby moves the Court for an order adjourning and resetting the hearing scheduled for March 13, 2020 at 2:00 PM on Plaintiffs' Motion to Compel the Production of Documents dated February 25, 2020 (D.E. 73, 78), or, in the alternative, to allow the undersigned counsel to attend the hearing remotely by phone[1], for the reasons set forth below:

    1.    On February 25, 2020, Plaintiffs filed their Motion to Compel the Production of Documents against Donisi (the "Motion to Compel"). (D.E. 73.)

    2.    In an order dated February 26, 2020, the Court, *inter alia*, scheduled a hearing for March 13, 2020 at 2:00 PM in Fort Lauderdale Division before Magistrate Judge Alicia O. Valle, on the Motion to Compel. (D.E. 78.) Several other discovery motions in this matter are also scheduled to be addressed at the March 13, 2020 hearing date. (See, e.g., D.E. 65.)]

---

[1] Plaintiffs' counsel <u>does not object</u> to the undersigned's appearance by telephone.

3. On March 3, 2020, Donisi filed its Response to the Motion to Compel. (D.E. 87.) Thereafter, Plaintiffs and Donisi filed a Joint Status Report on the Motion to Compel (D.E. 95), which noted that although they had reached several agreements regarding the discovery requests, several issues remained in dispute.

4. On March 9, 2020, the Governor of the State of Florida, Ron DeSantis, issued Executive Order 20-52 declaring a State of Emergency due to the COVID-19 virus outbreak. According to the Florida Department of Health, a number of Florida residents have tested positive for COVID-19 in recent days, and a few Florida residents have reportedly died.

5. The Centers for Disease Control and Prevention has advised people to take precautions in light of the COVID-19 virus outbreak, and has noted that the best way to prevent illness is to simply avoid being exposed to the virus. Identical advice has been issued from the Florida Department of Health.

6. The U.S. District Court for the Southern District of Florida has also taken certain precautions due to the COVID-19 virus outbreak, including by preventing access to the courthouse by persons who have traveled to certain countries within the last 14 days; have had close contact with someone who has traveled to those countries within the last 14 days; have been asked to self-quarantine; and/or have been diagnosed with, or have had contact with, anyone who has been diagnosed with COVID-19.

7. In light of the above, Donisi respectfully requests that the Court enter an order adjourning and resetting the hearing on Plaintiffs' Motion to Compel as to Donisi scheduled for tomorrow, March 13, 2020 at 2:00 PM.

8. Donisi is not a party to this action. And, as is evident from the Joint Status Report, only a few of the discovery requests remain in dispute between Plaintiffs and Non-Party Donisi.

In light of the above, and given that none of the outstanding discovery requests that remain in dispute is time sensitive and needs to be resolved tomorrow, in an abundance of caution the Court should adjourn or reset the hearing.

9. As an alternative but not preferred form of relied, undersigned requests that the Court allow counsel for Donisi to attend remotely by phone, thereby mitigating any risk of exposure to COVID-19 that may result from attending the hearing. As this is the first, and possibly only hearing in which undersigned counsel will have to participate, undersigned's preference is that the Court reschedule the hearing so that the parties may safely appear in person.

10. After conferring with counsel for Plaintiffs, **we understand that Plaintiffs do not consent to this motion to the extent that it seeks an adjournment and resetting of the hearing, but Plaintiffs have no objection to the undersigned counsel attending the hearing remotely by phone**.

11. Donisi believes that there will be no prejudice to anyone incurred in granting this motion.

12. This motion is made for good cause shown and not for reason of delay.

WHEREFORE Non-Party DONISI JAX, INC. d/b/a NATIONWIDE HEALTH, respectfully requests that this Honorable Court enter an order adjourning and resetting the hearing scheduled for March 13, 2020 at 2:00 PM on Plaintiffs' Motion to Compel the Production of Documents dated February 25, 2020, or, in the alternative, to allow the undersigned counsel to attend the hearing remotely by phone, and such other and further relief as this Court may deem just and proper.

Dated:  March 12, 2020	Respectfully submitted

*/s/ Michael J. Napoleone*
Michael J. Napoleone
DAY PITNEY LLP
One Clearlake Centre, Suite 1504
250 Australian Avenue South
West Palm Beach, FL 33401
(561) 803-3500
(561) 790-8788 (fax)
*mnapoleone@daypitney.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2020, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Michael J. Napoleone*
Michael J. Napoleone