UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT LAUDERDALE DIVISION)

CASE NO. 0:19-cv-61430- SINGHAL/Valle

ELIZABETH E. BELIN, *et al.*,

    Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC.,
*et al.*,

    Defendants.

_____/

**NOTICE OF PERSONAL ATTENDANCE
AT MARCH 13, 2020, HEARING**

    Plaintiffs' counsel, Jason K. Kellogg and Alexander G. Strassman, pursuant to this Court's Paperless Order dated March 12, 2020 [D.E. 101], hereby confirm that they will appear in person for the hearing scheduled for March 13, 2020 at 2:00 p.m.

Dated: March 13, 2020.
                                    Respectfully submitted,

                                    LEVINE KELLOGG LEHMAN
                                  SCHNEIDER + GROSSMAN LLP

                                  By: /s/Jason K. Kellogg
                                  Jeffrey C. Schneider, P.A.
                                  Florida Bar No. 933244
                                  Primary email: jcs@lklsg.com
                                  Secondary email: mt@lklsg.com
                                  Jason K. Kellogg, P.A.
                                  Florida Bar No. 0578401
                                  Primary email: jk@lklsg.com
                                  Secondary email: eri@lklsg.com
                                  Victoria J. Wilson, Esq.
                                  Florida Bar No. 092157
                                  Primary email: vjw@lklsg.com
                                  Secondary email: mt@lklsg.com
                                  Alexander Strassman, Esq.

        Florida Bar No. 111788
        Primary email: ags@lklsg.com
        Secondary email: ah@lklsg.com
        Tal Aburos, Esq.
        Florida Bar No. 1010901
        Primary email: ta@lklsg.com
        201 South Biscayne Boulevard
        Citigroup Center, 22nd Floor
        Miami, Florida 33131
        Telephone: (305) 403-8788
        Facsimile: (305) 403-8789

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 13, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

        By: */s/ Jason K. Kellogg*
            Jason K. Kellogg