UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT LAUDERDALE DIVISION)

CASE NO. 0:19-cv-61430-SINGHAL/Valle

ELIZABETH E. BELIN, *et al.*,

   Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC., *et al.*,

   Defendants.

                  /

## PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR DEPOSITION *DUCES TECUM* BY INTERNATIONAL BENEFITS ADMINISTRATORS, LLC

   Pursuant to S.D. Fla. L.R. 7.1, 26.1(g)(2), and Fed. R. Civ. P. 26(b), and 45(d)(2)(B)(i), Plaintiffs move to compel non-party, International Benefits Administrators, LLC ("IBA"), to appear for deposition *duces tecum* or produce responsive records along with a certification of business records in accordance Fed. R. Evid. 803(6), 902(11).

### I. FACTUAL BACKGROUND

   1. On March 25, 2020, Plaintiffs served Defendants with their Notice of Intent to Serve Subpoena for Deposition *Duces Tecum* to IBA.  A copy of the subpoena is attached as **Exhibit A**.

   2. On March 26, 2020, IBA was served with the subpoena.  A copy of the verified Return of Service is attached as **Exhibit B.**

   3. Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B), IBA was required to serve Plaintiffs with its objections, if any, within 14 days after the subpoena was served, which was April 9, 2020.

4.      Pursuant to the subpoena, IBA's records custodian was set for deposition on April 24, 2020.

5.      IBA failed to respond to the subpoena, and has not contacted Plaintiffs to request an extension of time to do so.  IBA has thus waived any objections it may have to the subpoena. IBA's records custodian also failed to appear for deposition.

6.      Based on the foregoing, Plaintiffs respectfully request that the Court enter an order compelling IBA's records custodian to appear for deposition *duces tecum*, or produce all responsive documents along with a certification of business records in accordance Fed. R. Evid. 803(6), 902(11).

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order:

a) granting Plaintiffs' Motion to Compel Compliance with Subpoena for Deposition *Duces Tecum* by Non-Party International Benefits Administrators, LLC;

b) awarding Plaintiffs their reasonable attorneys' fees and costs pursuant to Fed. R. Civ. P. 37(a)(5), for International Benefits Administrators, LLC's failure to comply with Plaintiffs' subpoena and necessitating this motion;

c) requiring International Benefits Administrators, LLC's records custodian to appear for deposition *duces tecum*, or produce all responsive documents along with a certification of business records in accordance Fed. R. Evid. 803(6), 902(11) within 20 days of the Court's Order; and

d) issuing such other relief the Court deems just and proper.

## CERTIFICATION OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1(a)(3), Counsel for Plaintiffs have not conferred with Counsel for International Benefits Administrators, LLC because it did not respond to Plaintiffs' subpoena *duces tecum*.

Dated:  May 18, 2020.                                          Respectfully submitted,

LEVINE KELLOGG LEHMAN                           THE DOSS FIRM, LLC
SCHNEIDER + GROSSMAN LLP

CASE NO. 0:19-cv-61430- SINGHAL/Valle

| | |
|---|---|
| By: /s/Alexander Strassman<br>Jeffrey C. Schneider, P.A.<br>Florida Bar No. 933244<br>Primary email: jcs@lklsg.com<br>Secondary email: mt@lklsg.com<br>Jason K. Kellogg, P.A.<br>Florida Bar No. 0578401<br>Primary email: jk@lklsg.com<br>Secondary email: eri@lklsg.com<br>Alexander Strassman, Esq.<br>Florida Bar No. 111788<br>Primary email: ags@lklsg.com<br>Secondary email: ah@lklsg.com<br>Tal Aburos, Esq.<br>Florida Bar No. 1010901<br>Primary email: ta@lklsg.com<br>201 South Biscayne Boulevard<br>Citigroup Center, 22nd Floor<br>Miami, Florida  33131<br>Telephone: (305) 403-8788<br>Facsimile: (305) 403-8789 | By: /s/Jason Doss<br>Jason R. Doss<br>Florida Bar No. 0569496<br>Primary email: jasondoss@dossfirm.com<br>The Brumby Building<br>127 Church Street, Suite 220<br>Marietta, Georgia  30060<br>Telephone: (770) 578-1314<br>Facsimile: (770) 578-1302 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 18, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Alexander Strassman*
Alexander Strassman, Esq.