UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61430-SINGHAL/Seltzer

ELIZABETH E. BELIN,
CHRISTOPHER MITCHELL,
KEVIN FURMAN, MITCHELL KIRBY,
GABRIELLE WATSON and KATHRYN
SVENSON, JESSE MANLEY
and RANDALL SPITZMESSER
individually and on behalf of all others
similarly situated,

      Plaintiffs,
v.

HEALTH INSURANCE INNOVATIONS, INC.,
HEALTH PLAN INTERMEDIARIES
HOLDINGS, LLC and MICHAEL KOSLOSKE

      Defendants.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held via video conference on August 18, 2020, and all of the parties or their representatives were present, and the matter was not settled.

      Respectfully Submitted,

      LICHTER LAW FIRM
      2999 NE 191st, Suite 330
      Aventura, FL 33180
      (305) 356-7555

      By: /s/ David Lichter, Esq.
          David H. Lichter, Esq.,
          *Mediator*

*Case No: 19-cv-61430*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 18, 2020, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

| | |
|---|---|
| *Email:  jk@lklsg.com; jcs@lklsg.com* <br> Jason K. Kellog, Esq. <br> Jeffrey C. Schneider, Esq. <br> Levine Kellogg Lehman Schneider & Grossman, LLP <br> 201 S Biscayne Blvd Fl 22 <br> Miami, FL 33131-4338 | *Email:  Garry.ODonnell@gmlaw.com; Aaron.Williams@gmlaw.com* <br> Garry W. O'Donnell, Esq. <br> Aaron Williams, Esq. <br> Greenspoon Marder <br> 2255 Glades Road, Suite 400-E <br> Boca Raton, FL 33431 |
| *Email:  jasondoss@dossfirm.com* <br> Jason R. Doss, Esq. <br> The Doss Firm, LLC <br> The Brumby Building <br> 127 Church St NE Ste 220 <br> Marietta, GA 30060-1949 <br><br> *Plaintiff* | *Counsel for Defendant* |

                                                                    /s/ David Lichter, Esq. <br>
                                                                    David H. Lichter, Esq. <br>
                                                                    Florida Bar No. 359122