**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(FT LAUDERDALE DIVISION)**

**CIVIL ACTION NO.: 0:19-cv-61430**

ELIZABETH E. BELIN, *et al.,*

       Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC., *et al.,*

       Defendants.

---

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Natalie Georges, of the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103-2921, for purposes of appearance as co-counsel on behalf of Defendant Michael Kosloske, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Natalie Georges to receive electronic filings in this case, and in support thereof states as follows:

    1.     Natalie Georges is a member in good standing of the State Bar of Pennsylvania, the State Bar of New York, the Eastern District of New York, Northern District of New York, Southern District of New York and the Second Circuit Court of Appeals.

    2.     Movant, Valerie M. Toth, of the law firm of Morgan, Lewis & Bockius LLP, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file

through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Natalie Georges has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Natalie Georges, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Natalie Georges at email address: natalie.georges@morganlewis.com.

WHEREFORE, Valerie M. Toth moves this Court to enter an Order permitting Natalie Georges to appear before this Court on behalf of Defendant Michael Kosloske, for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Natalie Georges.

Dated:  January 22, 2021                                Respectfully submitted,

*/s/ Valerie M. Toth*
Valerie M. Toth
Florida Bar No. 123705
valerie.toth@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Suite 5300
Miami, Florida  33131-2339
Telephone:  305.415.3000
eFacsimile:  305.415.3001

*Attorney for Defendant Michael Kosloske*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(FT LAUDERDALE DIVISION)**

**CIVIL ACTION NO.: 0:19-cv-61430**

ELIZABETH E. BELIN, *et al.,*

      Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC.,
*et al.,*

      Defendants.

---

### CERTIFICATION OF NATALIE GEORGES

Natalie Georges, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Pennsylvania, the State Bar of New York, the Eastern District of New York, Northern District of New York, Southern District of New York and the Second Circuit Court of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                  */s/Natalie Georges*
                                                                  Natalie Georges