# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61430-SINGHAL/Valle

ELIZABETH E. BELIN, *et al.*,

        CLASS ACTION

    Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC.,
*et al.*,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, Class Plaintiffs, Elizabeth E. Belin, *et al.*, individually and on behalf of those similarly situated ("Class Plaintiffs"), will take the deposition of Gavin Southwell on examination before an official authorized by law to administer oaths. The depositions shall commence as follows:

| DATE AND TIME | PLACE |
|---|---|
| Thursday, February 11, 2020, at 10:00 a.m. | Remotely, using audio-visual conference technology |

**Please Take Notice** that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The court reporter will administer the oath to the witness remotely;

5. The witness will be required to provide government-issued identification satisfactory to

CASE NO. 19-cv-61430- SINGHAL/Valle

the court reporter, and this identification must be legible on camera;

6. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

7. All exhibits will be provided simultaneously and electronically to the witness and all participants;

8. The court reporter will record the testimony;

9. The deposition may be recorded electronically; and

10. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

The examinations will be subject to continuance or adjournment from time to time or place to place until completed. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court, including the applicable Federal Rules of Civil Procedure.

Dated: January 22, 2021.                                   Respectfully submitted,

| | |
|---|---|
| LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP | THE DOSS FIRM, LLC |
| By: */s/ Jason Kellogg*<br>  Jeffrey C. Schneider, P.A.<br>  Florida Bar No. 933244<br>  Primary email: jcs@lklsg.com | By: */s/ Jason Doss*<br>  Jason R. Doss<br>  Florida Bar No. 0569496<br>  Primary email: jasondoss@dossfirm.com |

CASE NO. 19-cv-61430- SINGHAL/Valle

| | |
|---|---|
| Secondary email: mt@lklsg.com<br>Jason Kellogg, P.A.<br>Florida Bar No. 0578401<br>Primary email: jk@lklsg.com<br>Secondary email: mco@lklsg.com<br>201 South Biscayne Boulevard<br>Citigroup Center, 22nd Floor<br>Miami, Florida  33131<br>Telephone: (305) 403-8788<br>Facsimile: (305) 403-8789 | The Brumby Building<br>127 Church Street, Suite 220<br>Marietta, Georgia  30060<br>Telephone: (770) 578-1314<br>Facsimile: (770) 578-1302 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served via email on counsel for Defendants on January 22, 2021.

By: */s/ Jason Kellogg*
JASON KELLOGG