# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61430-SINGHAL/VALLE

ELIZABETH E. BELIN, *et al.*,

        Plaintiffs,

CLASS ACTION

v.

HEALTH INSURANCE INNOVATIONS, INC.,
et al.,

        Defendants.
_____/

## DECLARATION OF MICHAEL I. GOLDBERG, ESQ.

Pursuant to 28 U.S.C. § 1746, I, Michael I. Goldberg, Esq., declare as follows:

1. I am a partner in the law firm of Akerman LLP and the Receiver over the Receivership Entities in *FTC v. Simple Health Plans LLC*, No. 18-cv-62593-GAYLES (S.D. Fla.) (the "FTC Action").

2. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

3. I have practiced law for approximately 30 years in the areas of fraud, recovery, bankruptcy and reorganizations. I have served as Court-appointed receiver in approximately 25 District Court enforcement cases (brought by the SEC or FTC); three state-court cases; and as Liquidating Trustee in approximately five bankruptcy cases stemming from Ponzi schemes, with the goal of helping victims of fraud maximize potential returns by identifying, securing and monetizing potential assets as efficiently as possible. Recently, I served as receiver in *SEC v. Quiros*, No. 16-cv-21301 (S.D. Fla.), arising from fraudulent investments made by non-U.S. citizens in

developments in the Jay Peak, Vermont area — the largest EB-5 visa fraud in U.S. history at the time the SEC commenced the case in 2016. In the *Jay Peak* matter, I have secured over $200 million in recoveries. I also regularly lecture on receiverships and Ponzi schemes to regulators and legal groups throughout the country. Most recently, I was appointed receiver over the Champlain South Condominium Association, an appointment that arose out of the tragedy that occurred on June 24, 2021, in Surfside, Florida.

4. In late 2018, the FTC filed a lawsuit against Simple Health Plans LLC and related entities and individuals (collectively, "Simple Health") alleging that Simple Health misled consumers to believe they were buying comprehensive medical insurance when they were really buying limited benefit indemnity plans and medical discount plans. I was appointed Receiver shortly thereafter. On April 16, 2019, I attended an evidentiary hearing before Judge Gayles from which he issued an order finding that "[t]hough consumers believed they were purchasing comprehensive health insurance coverage, [Simple Health] sold them practically worthless limited indemnity or discount plans."

5. To the best of my knowledge, Simple Health was the largest distributor of limited benefit indemnity plans and medical discount plans for Health Insurance Innovations, Inc. ("HII") and approximately 82% of the class members in this *Belin v. HII* lawsuit are Simple Health victims.

6. I attended both mediations in this *Belin v. HII* lawsuit. I am familiar with the terms of the settlement that eventually arose from the second mediation. As Receiver in the FTC Action, I support the settlement, as it provides tens of millions of dollars in additional recoveries for victims of Simple Health, and thus is a substantial benefit to the Receivership Estate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2021.

_____
Michael I. Goldberg, Esq.
As Receiver for Simple Health Receivership Entities