UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61430-CIV-SINGHAL/VALLE

ELIZABETH BEILN, *et al.*,

    Plaintiffs,

v.

HEALTH INSURANCE INNOVATIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER OF SPECIFIC REFERRAL

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses and Service Awards (DE [266]).  It is hereby

**ORDERED AND ADJUDGED** that this matter is **SPECIFICALLY REFERRED** to Magistrate Judge Alicia O. Valle for disposition of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses and Service Awards (DE [266]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of November 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF and to Hon. Alicia O. Valle