UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61430-CIV-SINGHAL/VALLE

ELIZABETH E. BELIN, *et al.*,

    Plaintiffs,

vs.

HEALTH INSURANCE
INNOVATIONS, INC., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Motion") (DE [266]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation (DE [274]) on March 10, 2022, recommending that the Motion be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [274]) is **AFFIRMED** and **ADOPTED.**

2. Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards (DE [266]) is **GRANTED**.

3. Class counsel should be awarded **$9,165,750 in fees** (constituting 33.33% of the $27.5 million Class Payment) and **$198,044.76 in expenses** incurred in connection with the litigation through March 10, 2022.

4. The Court also reserves jurisdiction as to Class Counsel's request that Class Representatives, Elizabeth Belin, Christopher Mitchell, Kevin Furman, Mitchell Kirby, Kathryn Svenson, Gabrielle Watson, Jesse Manley, Randall Spitzmesser and Michael Escobar, be paid service awards of $6,250, pending the resolution of *Johnson v. NPAS Solutions, LLC*, No. 18-12344 (11th Cir.).

    a. The Settlement Administrator shall hold in escrow a total of $56,250 pending the final adjudication of *Johnson*. Once the *Johnson* opinion on Service Awards is finally resolved, the Parties shall petition this Court to distribute the $56,250 either to Class Plaintiffs or to Participating Class Members consistent with the final ruling on Service Awards in *Johnson*.

5. The Settlement Administrator shall distribute to Class Counsel the fee award and expenses within seven (7) days of the Court's Order and Final Judgment.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of April 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

3